

RECEIVED
IN MONROE, LA.

JAN 0 2 2012
AC
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AFFILIATED MORTGAGE CO. | CIV. ACTION NO. 12-00042 |
| VERSUS | JUDGE ROBERT G. JAMES |
| NATIONWIDE MORTGAGE & ASSOCIATES, INC. | MAG. JUDGE JAMES D. KIRK |

## J U D G M E N T

Having considered the Report and Recommendation of the Magistrate Judge [Doc. No. 19], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Nationwide Mortgage & Associates, Inc.'s "Rule 12( b), Fed. R. Civ.P., Motion to Dismiss" [Doc. No. 5] is DENIED.

MONROE, LOUISIANA, this 2nd day of January, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE