RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/7/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| AFFILIATED MORTGAGE CO. | * | CIVIL ACTION NO. 12-0042 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| NATIONWIDE MORTGAGE & ASSOCIATES, INC. | * | MAG. JUDGE JAMES D. KIRK |

## AMENDED JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge [Doc. No. 19], determining that the findings are correct under the applicable law, and noting the absences of objections to the Report and Recommendation,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Nationwide Mortgage & Associates, Inc.'s "Rule 12(b), Fed. R. Civ. P., Motion to Dismiss" [Doc. No. 5] is **DENIED**.

**IT IS FURTHER ORDERED** that this case be **TRANSFERRED** to the docket of the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, for further proceedings.

MONROE, LOUISIANA, this 7th day of January, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE